| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| Case number (*If known*): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **West Brazos Stewart Property Holdings of Brazoria, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2222120** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **102 E. San Bernard St., Brazoria, Texas 77422.** | **PO Box 979** |
| | | Number    Street | Number    Street |
| | | **Brazoria**    **TX**   **77422** | **Brazoria**    **TX**   **77422** |
| | | City    State   Zip Code | City    State   Zip Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | **BRAZORIA** | |
| | | County | Number    Street |
| | | | City    State   Zip Code |

| 5. | **Debtor's website (URL)** | **https://www.stewartsfoodstores.com** |
|---|---|---|

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1 of 5
Copyright © Financial Software Solutions, LLC   BlueStylus

Debtor **West Brazos Stewart Property Holdings of Brazoria, LLC**   Case number *(if known)* _____
      Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business:** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. Check all that apply: |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | **4451** |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply:* |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor **West Brazos Stewart Property Holdings of Brazoria, LLC**   Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____ <br>         District _____  When _____ (MM/DD/YYYY)  Case number _____ | |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☒ Yes.  Debtor **See Rider 1.**   Relationship **Affiliates** <br>         District **Southern District of Texas - Galveston Division**   When **7/7/2025** (MM/DD/YYYY) <br>         Case number, if known _____ | |
| **11.** | **Why is the case filed in *this district*?** | Check all that apply: <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (Check all that apply.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number  Street <br>     City  State  ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ | |

Debtor    **West Brazos Stewart Property Holdings of Brazoria, LLC**        Case number *(if known)* _____
            Name

# Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

# Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **7/11/2025**
                  MM / DD / YYYY

✗ **/s/ Verne Dwain Stewart**                              **Verne Dwain Stewart**
Signature of authorized representative of debtor      Printed name

Title   **Member**

Debtor  **West Brazos Stewart Property Holdings of Brazoria, LLC**   Case number *(if known)* _____
           Name

| 18. | Signature of attorney | x | **/s/ Genevieve M. Graham** | Date | **7/11/2025** |
|---|---|---|---|---|---|
| | | | Signature of attorney for debtor | | MM / DD / YYYY |

**Genevieve M. Graham**
Printed name

**Genevieve Graham Law, PLLC dba Graham PLLC**
Firm name

**PO Box 130378**
Number       Street

**Houston**                                              **TX**           **77219**
City                                                     State          ZIP Code

**(832) 367-5705**                                       **ggraham@graham-pllc.com**
Contact Phone                                            Email address

**24085340**                                             **Texas**
Bar number                                               State

| **Fill in this information to identify the case**: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| (State) |
| Case number *(if known)*: _____ Chapter __11__ |

☐ Check if this is an amended filing

## Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of West Brazos Stewart Food Markets, LLC.

- West Brazos Stewart Food Markets, LLC
- West Brazos Property Holdings of Sweeny, LLC
- West Brazos Stewart Property Holdings of Brazoria, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| In re: <br><br> West Brazos Stewart Property Holdings of Brazoria, LLC <br><br> Debtor. <br><br> Tax I.D. No. 85-2222120 | Chapter 11 <br><br> Case No. 25-[●] (●) <br><br> **(Joint Administration Requested)** <br> **(Emergency Hearing Requested)** |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

West Brazos Stewart Property Holdings of Brazoria, LLC, a Texas limited liability company and debtor in the above-captioned case, files its Corporate Ownership Statement pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

| **Name of Corporation** | **Percentage of Equity Interest** |
|---|---|
| NONE | N/A |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| West Brazos Stewart Property Holdings of Brazoria, LLC | Case No. 25-[●] (●) |
| Debtor. | **(Joint Administration Requested)**<br>**(Emergency Hearing Requested)** |
| Tax I.D. No. 85-2222120 | |

### LIST OF EQUITY SECURITY HOLDERS

West Brazos Stewart Property Holdings of Brazoria, LLC, a Texas limited liability company and debtor in the above-captioned case, files its List of Equity Security Holders, pursuant to Fed. R. Bankr. P. 1007(a)(3).

| Equity Holder | Aggregate Number of Units | Percentage of Equity Interests |
|---|---|---|
| Verne Dwain Stewart | N/A | 50% |
| Tina Stewart | N/A | 50% |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor Name | **West Brazos Stewart Food Markets, LLC** | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | Check if this is an amended filing ☐ |
| Case number (If known): | | |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | De Lage Landen Financial Services Inc. 1111 Old Eagle School Rd. Wayne, PA 19087-1453 | | Equipment loan | Disputed | $529,313.00 | $100,000.00 | $429,313.00 |
| 2 | Prime Alliance Bank c/o Michael Best & Friedrich, LLP, Attn: Evan S. Strassberg 2750 East Cottonwood Parkway, Suite 560, Cottonwood Heights, UT 84121 | esstrassberg@michaelbest.com | Equipment Loan | Disputed | $469.182.05 | $100,000.00 | $369,182.05 |
| 3 | Associated Wholesale Grocers 5000 Kansas Avenue Kansas City, KS 66106 | | | | | | $175,898.40 |
| 4 | ENGIE Resources LLC PO Box 841680 Dallas, TX 75284-1680 | care@engieresources.com | Electricity supplier | Disputed | | | $71.000.00 |
| 5 | PREFCO DISTRIBUTION PO Box 95396 Grapevine, TX 76099-9734 | PREFCO DISTRIBUTION (979) 798-8260 | | | | | $67,112.59 |
| 6 | Refrigerated Warehouse Construction 10811 Vinecrest Dr., Suite 150 Houston, TX 77086 | (844) 838.5300 | | | | | $21,264.15 |

| # | Creditor | Contact | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 7 | FRITO LAY<br>75 Remittance Dr., Suite 1217<br>Chicago, IL 60675-1217 | FRITO LAY<br>(979) 864-4411 | | | | | $19,110.77 |
| 8 | Doug Colvin<br>7 W Way Ct.<br>Lake Jackson, TX 77566 | | | | | | $18,143.23 |
| 9 | SYSCO HOUSTON, INC.<br>1390 Enclave Parkway<br>Houston, TX 77077 | SYSCO HOUSTON, INC.<br>(281) 584-4139 | | | | | $11,958.56 |
| 10 | FLOWERS BAKING CO. OF HOUSTON<br>PO Box 842216<br>Dallas, TX 75284 | FLOWERS BAKING CO. OF HOUSTON<br>(833) 356-6778 | | | | | $8,068.08 |
| 11 | CAL-MAINE FOOD INC.<br>PO Box 675015<br>Dallas, TX 75267-5015 | CAL-MAINE FOOD INC.<br>(979) 657-7289 | | | | | $6,101.43 |
| 12 | ALLIANCE RETAIL GRP MARKETING<br>PO Box 306563<br>Nashville, TN 37230-6563 | ALLIANCE RETAIL GRP MARKETING<br>(913) 219-9938 | | | | | $5,705.76 |
| 13 | HILAND DAIRY FOODS CONROE<br>PO Box 843128<br>Kansas City, MO 64184-3128 | HILAND DAIRY FOODS CONROE<br>(936) 756-6645 | | | | | $3,728.82 |
| 14 | IMPERIAL DADE<br>PO Box 103264<br>Pasadena, CA 91189-3264 | IMPERIAL DADE<br>(201) 437-7744 | | | | | $3,639.45 |
| 15 | BIMBO BAKERIES<br>PO Box 412678<br>Boston, MA 02241-2678 | BIMBO BAKERIES<br>() - | | | | | $3,253.56 |
| 16 | BRADY INDUSTRIES<br>7055 Lindell Road<br>Las Vegas, NV 89118 | BRADY INDUSTRIES<br>(713) 856-6868 | | | | | $3,240.52 |
| 17 | TOMCO SERVICES INC<br>4756 S. Buckner Blvd.<br>Dallas, TX 75227-2301 | TOMCO SERVICES INC<br>(214) 381-1300 | | | | | $3,090.43 |
| 18 | Del Papa<br>1220 Gulf Fwy<br>Texas City, TX 77591 | Del Papa<br>contact@delpapabud.com | | | | | $2,877.36 |
| 19 | MY AUTOMATIC DOOR SERVICES<br>15711 Pinewood Cove Dr.<br>Houston, TX 77062 | MY AUTOMATIC DOOR SERVICES<br>(346) 233-3647 | | | | | $2,652.13 |
| 20 | BUTTON'S INVENTORY SERVICE,INC<br>PO Box 2048<br>Richmond, TX 77406 | BUTTON'S INVENTORY SERVICE,INC<br>(713) 781-1080 | | | | | $2,000.00 |
| 21 | UNIFIRST HOLDINGS, INC<br>PO Box 650481<br>Dallas, TX 75265 | UNIFIRST HOLDINGS, INC<br>() - | | | | | $1,736.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | The Grocers Supply Company | The Grocers Supply Company <br> () - | | | | | $1,482.72 |
| 23 | BTEL <br> PO Box 2008 <br> Brazoria, TX 77422-2008 | BTEL <br> () - | | | | | $1,179.12 |
| 24 | SOUTHWEST SAW CORPORATION <br> PO Box 262572 <br> Houston, TX 77207-2572 | SOUTHWEST SAW CORPORATION <br> () - | | | | | $1,148.05 |
| 25 | Pepsi Beverages <br> 1415 US Highway 90A W <br> Hallettsville, TX 77694 | | | | | | $925.14 |
| 26 | Southern Glazers <br> 1600 NW 163rd Street <br> Miami, FL 33169 | | | | | | $838.86 |
| 27 | Mogador <br> 8 Sunnyvale Lane <br> Manvel, TX 77578 | | | | | | $803.47 |
| 28 | Retail Data Systems <br> 1809 South West St., Suite 1 <br> Wichita, KS 67213-1105 | | | | | | $773.99 |
| 29 | Sparkletts & Sierra Springs <br> PO Box 88117 <br> Chicago, IL 60680-1117 | | | | | | $617.58 |
| 30 | Jose Soto <br> 31 Robinhood Ln, Clute TX 77531 | | | | | | $353.40 |

**Fill in this information to identify the case and this filing:**

Debtor Name  **West Brazos Stewart Property Holdings of Brazoria, LLC**

United States Bankruptcy Court for the:  **Southern District of Texas**

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ *Other document that requires a declaration*  **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **7/11/2025**
             MM/DD/YYYY

✗  **/s/ Verne Dwain Stewart**
Signature of individual signing on behalf of debtor

**Verne Dwain Stewart**
Printed name

**Member**
Position or relationship to debtor

# UNANIMOUS WRITTEN CONSENT OF
## WEST BRAZOS STEWART PROPERTY HOLDINGS OF BRAZORIA, LLC
### A Texas Limited Liability Company
### June 3, 2025

The undersigned, being all the members/managers of West Brazos Stewart Property Holdings of Brazoria, LLC, a Texas limited liability company (the "Company"), in lieu of a special or annual meeting, do hereby consent to adoption of the following resolutions:

**RESOLVED**, that the member/managers have decided that is in the best interests of the Company that the Company file for protection under Chapter 11 of the United States Bankruptcy Code.

**FURTHER RESOLVED**, that:

1. The Company is authorized and directed to take such steps as are necessary to file a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, and to file all other pleadings necessary to the bankruptcy case.

2. The member/managers are authorized and directed to execute and deliver on behalf of the Company and in its name any documents necessary in the courts of the bankruptcy case, to hire professionals as are necessary to the case, and to do any and all acts and things necessary to carry out, perform, and consummate a reorganization under chapter 11 of the United States Bankruptcy Code.

3. The members/managers are authorized to execute and deliver, retroactively as of May 16, 2025, any agreements necessary to engage Genevieve Graham Law, PLLC d/b/a Graham PLLC as bankruptcy counsel.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent of West Brazos Stewart Property Holdings of Brazoria, LLC effective as of the date set forth above.

WEST BRAZOS STEWART PROPERTY HOLDINGS OF BRAZORIA, LLC

_____
Verne Dwain Stewart, Member/Manager

_____
Tina Stewart, Member/Manager